AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Samantha Hardmon <br> *Plaintiff(s)* <br> v. <br> SNF MGR LLC d/b/a Avardis Health; and <br> 340 Desoto Avenue Ext Operations, LLC D/B/A <br> Greenbough Health and Rehabilitation Center <br> *Defendant(s)* | Civil Action No. 4:25-CV-203-DMB-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SNF MGR LLC d/b/a Avardis Health
Registered Agent: Corporation Service Company
109 Executive Drive, Suite 3
Madison, Mississippi 39110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE WATSON LAW FIRM, PLLC
Louis H. Watson, Jr.
1501 Jackson Avenue West
Suite113 PMB 101
Oxford, Mississippi 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/17/2025

s/ David Crews
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-CV-203-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SNF MGR LLC d/b/a Avardis Health

was received by me on *(date)*   01/02/2026   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Corporation Service Company   , who is designated by law to accept service of process on behalf of *(name of organization)*
SNF MGR LLC d/b/a Avardis Health   on *(date)*   12/30/2025   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $   95.00   for services, for a total of $   95.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Mary Ann Dearman
*Printed name and title*

1501 Jackson Avenue West, Suite 113 PMB 101
Oxford, Mississippi 38655
*Server's address*

Additional information regarding attempted service, etc: