**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

|  |  |
|---|---|
| **SAMANTHA HARDMON**<br><br>   **Plaintiff,**<br><br> **v.**<br><br>**SNF MGR LLC d/b/a AVARDIS HEALTH; AND 340 DESOTO AVENUE EXT OPERATIONS, LLC d/b/a GREENBOUGH HEALTH AND REHABILITATION CENTER**<br><br>   **Defendants.** | **Civil Action No. 4:25-CV-203-DMB-JMV** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eric W. Hospodor of the law firm of Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance on behalf of Defendant 340 Desoto Avenue Ext Operations, LLC d/b/a Greenbough Health and Rehabilitation Center ("Greenbough")

This the 14th day of January, 2026.

    Respectfully submitted,

    **GREENBOUGH HEALTH AND
REHABILITATION CENTER**

    By Its Attorneys,

    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

    */s/Eric W. Hospodor*
    ERIC W. HOSPODOR

1

**OF COUNSEL:**
Eric W. Hospodor (MS Bar No. 102041)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Renaissance at Colony Park
1020 Highland Colony Parkway, Suite 310
Ridgeland, Mississippi 39157
Telephone: (601) 499-8120
Telecopier: (601) 499-8121
Eric.Hospodor@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Court's electronic filing system, which forwarded a copy to all counsel of record.

Dated: January 14, 2026.

*/s/ Eric W. Hospodor*
ERIC W. HOSPODOR