# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **SAMANTHA HARDMON**<br><br>**Plaintiff,**<br><br>v.<br><br>**SNF MGR LLC d/b/a AVARDIS HEALTH; AND 340 DESOTO AVENUE EXT OPERATIONS, LLC d/b/a GREENBOUGH HEALTH AND REHABILITATION CENTER**<br><br>**Defendants.** | **Civil Action No. 4:25-CV-203-DMB-JMV** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

THIS CAUSE came before the Court on Defendant 340 Desoto Avenue Ext Operations, LLC d/b/a Greenbough Health and Rehabilitation Center's ("Greenbough") Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint ("Unopposed Motion") [Doc. 6] and, after careful consideration of the Motion, the Court has determined that the Motion shall be granted.

IT IS THEREFORE ORDERED that Defendant shall file a responsive pleading to the Complaint on or before Monday, February 9, 2026.

SO ORDERED, this the 15th day of January, 2026.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE