IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| SAMANTHA HARDMON<br><br>Plaintiff,<br><br>v.<br><br>SNF MGR LLC d/b/a AVARDIS HEALTH; AND 340 DESOTO AVENUE EXT OPERATIONS, LLC d/b/a GREENBOUGH HEALTH AND REHABILITATION CENTER<br><br>Defendants. | Civil Action No. 4:25-CV-203-DMB-JMV |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eric W. Hospodor of the law firm of Lewis Brisbois Bisgaard & Smith LLP hereby enters his special appearance on behalf of Defendant SNF MGR LLC d/b/a AVARDIS HEALTH for the sole purpose of seek an extension of time to file a responsive pleading.

This the 16th day of January, 2026.

        Respectfully submitted,

**SNF MGR LLC d/b/a AVARIS HEALTH**

By Its Attorneys,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Eric W. Hospodor*
ERIC W. HOSPODOR

1

**OF COUNSEL:**
Eric W. Hospodor (MS Bar No. 102041)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Renaissance at Colony Park
1020 Highland Colony Parkway, Suite 310
Ridgeland, Mississippi 39157
Telephone: (601) 499-8120
Telecopier: (601) 499-8121
Eric.Hospodor@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Court's electronic filing system, which forwarded a copy to all counsel of record.

Dated: January 16, 2026.

*/s/ Eric W. Hospodor*
ERIC W. HOSPODOR