# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **SAMANTHA HARDMON**<br><br>**Plaintiff,**<br><br>v.<br><br>**SNF MGR LLC d/b/a AVARDIS HEALTH; AND 340 DESOTO AVENUE EXT OPERATIONS, LLC d/b/a GREENBOUGH HEALTH AND REHABILITATION CENTER**<br><br>**Defendants.** | **Civil Action No. 4:25-CV-203-DMB-JMV** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendant SNF MGR LLC d/b/a Avardis Health ("Avardis Health") files its Unopposed Motion for Extension of Time to File Responsive Pleading To Plaintiff's Complaint ("Unopposed Motion") and in support thereof states:

1. Defendant was served with the Summons and Complaint on December 30, 2025. [Doc. 4]. A Responsive Pleading to the Complaint is currently due on January 20, 2026.

2. Undersigned counsel was retained by Defendant Avardis Health on January 16, 2026 for the limited purpose of seeking an extension of time to file a responsive pleading and entered an appearance January 16, 2025 [Doc. 8].

3. Due to undersigned counsel's obligations in other matters and given that a responsive pleading is due in four (4) days, Defendant respectfully requests an extension of time to file its Unopposed Motion.

4. Defendants contacted counsel for Plaintiff and obtained consent to the requested an

extension until Monday, February 9, 2026 to file a responsive pleading to Plaintiff's Complaint.

5. Accordingly, Plaintiff does not oppose this Motion.

6. Defendant reserves and does not waive any objections, rights, or defenses and available to it by appearing in this action for the limited purpose of moving for an extension of time to file its Unopposed Motion.

7. Given the straightforward nature of the relief requested in this Unopposed Motion, Defendant respectfully requests that the Court excuse the requirement of filing a separate memorandum brief in support of this Unopposed Motion.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending its time to file a responsive pleading to the Plaintiff's Complaint until Monday, February 9, 2025.

Dated: January 16, 2026

Respectfully submitted,

**SNF MGR LLC d/b/a AVARIS HEALTH**

By Its Attorneys,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Eric W. Hospodor*
ERIC W. HOSPODOR

**OF COUNSEL:**
Eric W. Hospodor (MS Bar No. 102041)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Renaissance at Colony Park
1020 Highland Colony Parkway, Suite 310
Ridgeland, Mississippi 39157
Telephone: (601) 499-8120
Telecopier: (601) 499-8121
Eric.Hospodor@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing document with the Court's electronic filing system, which forwarded a copy to all counsel of record.

Dated: January 16, 2026.

*/s/Eric W. Hospodor*
ERIC W. HOSPODOR
