**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **SAMANTHA HARDMON**<br><br>**Plaintiff,**<br><br>v.<br><br>**SNF MGR LLC d/b/a AVARDIS HEALTH; AND 340 DESOTO AVENUE EXT OPERATIONS, LLC d/b/a GREENBOUGH HEALTH AND REHABILITATION CENTER**<br><br>**Defendants.** | **Civil Action No. 4:25-CV-203-DMB-JMV** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came before the Court on Defendant SNF MGR LLC d/b/a Avardis Health's Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint. [Doc. 9]. For good cause shown, and noting that Plaintiff does not oppose, the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall file a responsive pleading to the Complaint on or before February 9, 2026.

**SO ORDERED**, this the 20th day of January, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**